IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-943

CIVIL RIGHTS CORPS,

          Plaintiff,

v.

JUDGE DORETTA L. WALKER, in her official capacity, and CLARENCE F. BIRKHEAD, in his official capacity,

          Defendants.

Case No.: 1:24-cv-943

## DECLARATION OF ROHIT K. SINGLA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I Rohit K. Singla, hereby declare:

1.    I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel for Plaintiff in the above-captioned matter. I submit this declaration in support of Plaintiff's Memorandum in Support of Plaintiff's Motion for Preliminary Injunction Against Sheriff Birkhead. Except as stated on information and belief, the contents of this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.    Attached as **Exhibit 1** is a true and correct copy of Jeffrey Billman et al., *Best Interest of the Child*, The Assembly (Dec. 5, 2023).

3.    Attached as **Exhibit 2** is a true and correct copy of Kristen Shook Slack et al., *Risk and Protective Factors for Child Neglect During Early Childhood: A Cross-Study Comparison*, 33 Child. & Youth Servs. Rev. 1354 (2011).

1

4. Attached as **Exhibit 3** is a true and correct copy of Hyunil Kim et al., *Lifetime Prevalence of Investigating Child Maltreatment Among US Children*, 107 Am. J. Pub. Health 274 (2017).

5. Attached as **Exhibit 4** is a true and correct copy of Emancipate NC & Thrive Tribe NC, *Memorandum: Potential Avenues for County-Level Reform to Child Welfare System* (Sept. 29, 2022).

6. Attached as **Exhibit 5** is a true and correct copy of Local Rule 15.1, from Durham County Family Court Rules in Abuse/Neglect/Dependency Cases.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from Neil Cogan, *Juvenile Law, Before and After the Entrance of "Parens Patriae"*, 22 S.C. L. Rev. 147 (1970).

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from Vernon Valentine Palmer, *"May God Protect Us from the Equity of Parlements": Comparative Reflections on English and French Equity Power*, 73 Tul. L. Rev.1287 (1999).

9. Attached as **Exhibit 8** is a true and correct copy of excerpts from W. J. Jones, *The Elizabethan Court of Chancery* (1967).

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from Edward Jenks, *The Book of English Law* (1929).

11. Attached as **Exhibit 10** is a true and correct copy of excerpts from Lewis Hochheimer, *A Treatise on the Law Relating to the Custody of Infants* (2d ed. 1891).

12. Attached as **Exhibit 11** is a true and correct copy of excerpts from Paul D. Halliday, *Habeas Corpus: From England to Empire* (2010).

13. Attached as **Exhibit 12** is a true and correct copy of *The Reform School. Decision of the Supreme Court. Children Not Convicted of Crime Cannot be Legally Held*, Chi. Trib., December 1, 1870.

14. Attached as **Exhibit 13** is a true and correct copy of excerpts from Gilbert Cosulich, *Juvenile Court Laws of the United States* (2d ed. 1939).

15. Attached as **Exhibit 14** is a true and correct copy of *County Seeks Custody Of 3-Year-Old Child*, Fort Worth Star Telegram, November 13, 1950.

16. Attached as **Exhibit 15** is a true and correct copy of *Hearing Ordered In Case of Child Held as Security*, The Times-News, February 12, 1950.

17. Attached as **Exhibit 16** is a true and correct copy of excerpts from Roscoe Pound, "Foreword to the First Edition," in Pauline Young, *Social Treatment in Probation and Delinquency: Treatise and Casebook for Court Workers, Probation Officers and Other Child Welfare Workers* (2d. ed. 1952).

18. Attached as **Exhibit 17** is a true and correct copy of excerpts from Josh Gupta-Kagan, *Distinguishing Family Poverty From Child Neglect*, 109 Iowa L. Rev. 1541 (2024).

19. Attached as **Exhibit 18** is a true and correct copy of the Children's Bureau, *The AFCARS Report: Preliminary FY 2022 Estimates* (May 9, 2023).

20. Attached as **Exhibit 19** is a true and correct copy of excerpts from Hina Naveed, *"If I Wasn't Poor, I Wouldn't Be Unfit": The Family Separation Crisis in the U.S. Child Welfare System*, Hum. Rights Watch (Nov. 17, 2022) (full version available at https://bit.ly/4eMqoqo).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on the 2nd day of December, 2024, at San Francisco, California.

*/s/ Rohit K. Singla*
Rohit K. Singla

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-943

| | |
|---|---|
| CIVIL RIGHTS CORPS, <br><br> Plaintiff, <br><br> v. <br><br> JUDGE DORETTA L. WALKER, in her official capacity; and CLARENCE F. BIRKHEAD, in his official capacity, <br><br> Defendants. | Case No.: 1:24-cv-943 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following: **Judge Doretta L. Walker**.

I hereby certify that I have mailed the document to the following non-CM/ECF participants: **Clarence F. Birkhead**, through his counsel as listed below:

    Christy A.H. Mallot (cmallot@dconc.gov)
    Curtis Massey (curtmassey@dconc.gov)
    Durham County Attorney's Office
    P.O. Box 3508
    Durham, North Carolina 27702
    Phone: (919) 560-0715
    Fax: (919) 560-0719

Dated:  December 2, 2024				Respectfully submitted,

*/s/ Rohit K. Singla*

Rohit K. Singla (*specially appearing*)
rohit.singla@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
(415) 512-4000