# EXHIBIT 5

24R44

Sixteenth Judicial District effective 1/1/2024
Durham Family Court Local Rules for Juvenile
Abuse/Neglect/Dependency Court

FILED
2024 FEB 23 P 2:45
DURHAM CO., C.S.C
BY_____

## TABLE OF CONTENTS

Rule 1. Scope

Rule 2. Purpose

Rule 3. Construction and Enforcement

Rule 4. Courtroom Decorum

Rule 5. Petitions Alleging Abuse/Neglect/Dependency

Rule 6. Court Appointed Counsel and Guardian ad Litem for Parent Lists

Rule 7. Responsibilities of all Attorneys

Rule 8. Continuances

Rule 9. Court Schedule

Rule 10. Calendar

Rule 11. Case Management Updates

Rule 12. Service of Summons and Petition

Rule 13. Discovery and Hearing Exhibits

Rule 14. Early Submission of Court Reports

Rule 15. Juvenile Records

Rule 16. Consent Orders and Stipulations

Rule 17. Recordation of Hearings

Rule 18. Permanency Mediation

Rule 19. Judicial Assignment

Rule 20. Preparation and Entry of Orders

Rule 21. Interpreters

Rule 22. Writs and Inmate Transport

Rule 23. Remote Hearing Procedures -Webex

Rule 24. Special Sessions

Rule 25. Termination of Parental Rights

Rule 26. Termination of Parental Rights in Private Cases

Rule 27. Forms

Rule 28. Training

Rule 29. Sanctions

Rule 30. Amendments and Modifications

the Family Court Office by the deadline noted above, any DSS Court Summary or GAL Court Report may be reviewed by the Court prior to the date set for hearing upon agreement of all parties.

The documents submitted shall include, but are not limited to, Court Summaries from Durham County DSS, the GAL Court Report, and mental health, psychological, educational, substance abuse and any other evaluations previously ordered by the Court, letters from service providers, genetic marker results, drug screen results, certificates of completion of services and any other available documents that any party wishes to be a part of the court record. ANY document which is provided to the Court SHALL simultaneously be provided to other pertinent persons. If any document is received by the social worker after the date of submission of the court report, the social worker shall: provide the document(s) to the Court and other pertinent persons as soon as possible, as well as bring the document(s) to court, have sufficient copies of the document(s) for each attorney/unrepresented party and the Court, and share the document(s) with each attorney/unrepresented party prior to the call of the case for hearing.

Parties may enter objections to these items prior to the items becoming evidence in the case.

**14.2 Submission of Adjudication/Disposition and Termination of Parental Rights Reports to the Court.** Adjudication/Disposition and Termination of Parental Rights court reports **SHALL NOT** be submitted to the presiding judge prior to the Adjudication hearing or the Termination of Parental Rights hearing unless by consent of all parties in anticipation of a consent agreement.

**14.3 Sharing Court Reports with Juveniles.** Court reports and medical/psychological/forensic evaluations that are part of court reports shall not be shared with a juvenile who is the subject of the AND Court proceeding except under the following circumstances:

A. By the GAL Attorney when the GAL Attorney determines it is necessary and in the best interest of the child.
B. Social workers or Guardians ad Litem may share with a juvenile the portion of their written court reports that do not include sensitive information about family members or other individuals if, in the opinion of the social worker or GAL, it is in the juvenile's best interest and the juvenile is twelve years of age or older.
C. Psychologists, physicians, or other professionals that conduct evaluations of juveniles or therapists who provide treatment to juveniles may share with the juvenile those parts of their reports that do not include sensitive information about family members or other individuals if, in the opinion of the professional, it is in the juvenile's best interest.

Except as specified above, a court report or medical/psychological/forensic evaluation that is part of a court report shall not be shared with a juvenile who is the subject of the AND Court proceeding unless the Court determines that the disclosure of the report is in the juvenile's best interest.

## Rule 15. Juvenile Records

**15.1 Confidentiality of Juvenile Records.** Juvenile Court Records, Human Services and/or DSS files, medical records, psychological evaluations, and other assessments are confidential. All recipients of confidential information, including, but not limited to, court calendars, copies of the

juvenile's file, discovery, DSS Court Summaries, GAL Court Reports, records of the juvenile and his or her parents' psychological evaluations and assessments, medical records, and all similar records, shall exercise extraordinary care to prevent unauthorized dissemination of such documents. Copies of the court calendar containing information involving other juveniles and therefore shall not be provided to the juvenile, a parent of the juvenile, other family members, or the foster parent.

**No party or attorney shall disseminate case-related information to the media or public that identifies or can lead to the identification of a child or family involved in A/N/D Court. Release of such information may be subject to sanctions and contempt of court.**

### 15.2    Closing Courtroom

In determining whether to close or open a courtroom pursuant to GS 7B-801, the Court shall take into account the nature of the allegations, the age and maturity of the juvenile, the benefit to the juvenile of confidentiality, the benefit to the juvenile of an open hearing, and the extent to which confidentiality of the juvenile's record, including court and DSS reports will be compromised by an open hearing. The hearing may not be closed if the juvenile asks that it be open.

If any party requests that the courtroom be closed, after a hearing and findings pursuant to GS 7B-801, the courtroom may be closed to all except the parties, the supervisor of GAL, supervisor of DSS social worker, Rule 17-GAL, and current resource parents/ placement providers. Any other individuals including attorneys, social workers, and GAL volunteers, etc., that are not directly involved in the matter before the court will be asked to leave until the hearing has concluded unless explicitly given permission to remain by the presiding judge.

### 15.3    Filing Documents.

A. **Documents to be Filed Shall Contain All Applicable File Numbers.** Any and all documents submitted for filing in the juvenile's court file shall contain all file numbers for which that document is applicable. Documents include, but are not limited to, motions, court summaries, orders, psychological and/or substance abuse evaluations, letters from a juvenile to the Court, exhibits introduced by any party, Affidavits of Indigency, and returns of service. Exhibits for which there is only one original (i.e., photographs and other tangible exhibits) shall be filed in the juvenile file of the youngest juvenile involved in a petition and a separate document shall be filed in each applicable file referencing the filing location of the original exhibit. With the exception of the original documents accompanying the petition alleging abuse, neglect, and/or dependency, the party filing the document or submitting it to the Court shall be responsible for placing all file numbers for which that document is applicable on the document before filing or submission to the Court.

The Clerk of Superior Court shall assign a separate and individual file number to each juvenile named in a petition alleging abuse, neglect, and/or dependency or in a petition to terminate parental rights in which no petition alleging abuse, neglect, and/or dependency has been filed. A juvenile will only receive one file number, even if a subsequent abuse/neglect/dependency, delinquency and/or undisciplined petition is filed.