# EXHIBIT 14



—Associated Press Wirephoto.

IDENTITY SHOWN—The crew of the aircraft carrier Boxer is shown on the ship's flight deck spelling out her name as she moved into San Francisco Bay after a long tour of duty in the Orient which included sending her planes into Korean action.

# U. S. Battalion Trails, Destroys Red Column in Dramatic Night Battle

BY HAL BOYLE.

WITH U. S. 24TH DIVISION, Korea, Nov. 13 (AP).—Without the death of a single American soldier, a U. S. battalion trailed a retreating enemy column by the sound of its clanking track treads and destroyed it in a three-hour night battle fought at point-blank range.

It was a dramatic cowboy-and-Indian type chase in darkness and moonlight fought on the escape road to Manchuria.

After being pursued 13 miles the fleeing Red column of seven tanks and 500 North Korean infantrymen turned and tried an Indian ambush.

They employed small arms fire which two veteran officers said was "the heaviest we have seen in two wars." But the Americans defeated it by throwing their own artillery and mortars into action in record time. And dawn revealed this box score:

Reds — Five tanks destroyed and the other two missing. Fifty dead infantrymen, at least 100 estimated wounded, and the rest dispersed and running.

The Americans—24 men wounded, none seriously, and none killed.

The battle—one of the larger night actions of the Korean campaign—took place Oct. 31. The 24th Division's 21st Regiment was on a breakthrough drive that took it within 14 air miles of the Manchurian border before it was ordered back after the appearance of Chinese Communist troops on its right flank.

**On Halloween Night.**

The story of the Halloween engagement—the enemy produced everything but witches on broomsticks—was told for the first time Monday by a group of battalion officers relaxing on cots in an abandoned Korean peasant home.

A wintry wind seeped through cracks in the yellow clay walls as they talked.

"We passed through Chongju just at dark," said Lt. Col. Gines Perez, battalion commander, of San Antonio. "The British had just taken the town but houses on both sides of the road were burning. And the enemy on the hills were still mortaring it."

As the two and a half mile long battalion column drove through flaming Chongju it heard the rumble of withdrawing North Korean tanks.

The American column set out in pursuit. Half the GIs rode in the freezing night on the tanks and artillery vehicles and the other half walked. After a few miles those on foot climbed on the vehicles and the others got off and walked.

**Major From Lufkin.**

"We kept hearing the enemy tanks ahead of us and every once in a while they would halt and fire," said Maj. C. B. Myers, Lufkin, Texas.

Two miles beyond Kwaksan the GIs killed two North Koreans and captured two more. The battalion officers moved up to the head of the column to question the prisoners. They were told seven tanks but no infantry were ahead.

"We decided we had trailed them far enough and were about to mount everything and go after them at 20 miles an hour," said Colonel Perez. "Then the roof fell in."

The long straight road suddenly turned into a horseshoe of flame. The two prisoners had lied. Seven enemy tanks had turned in an ambush. And they were supported by 500 enemy infantrymen in the hills.

**Flash for Flash.**

Battalion officers hit the ditch and crawled and ran back to their radio jeeps to direct the fight.

"As soon as they hit we started hitting them," said Perez. "The telephone wires were singing like harps overhead as the bullets hit them. We fired flash for flash.

"Their lead tank was only 300 yards away. And every time a tank fired it was like a big orange hell ball coming our way. They made several hits on our tanks—but they all bounced off."

Within 10 minutes American mortars were in position and firing. Within 34 minutes the artillery at the end of the column pulled back of Kwaksan, got into place and was firing.

"Without bragging," said Perez, "we feel that is better than the text book says you can do in a night action.

"At daylight we found the enemy had scattered. He took his wounded with him—about 100—but left behind 50 dead plus five knocked-out tanks, one self-propelled gun and seven anti-tank guns."

## Two Die, One Injured in Auto Collision

GLADEWATER, Nov. 13 (Spl). Leon Freddie Hargrove, 24, of Olney, and Herschel Glenn Worthy, 27, of Tyler were killed and Hargrove's wife suffered a broken leg, cuts and bruises in a two-car collision five miles south of Gladewater Saturday night.

Mrs. Hargrove was taken to a hospital at Mt. Pleasant, where her condition was reported good Monday morning.

Funeral services for Hargrove were scheduled for 3 p. m. Monday at the Winfield Baptist Church, near Mt. Pleasant.

Hargrove, a graduate of Sam Houston State Teachers College and an Army veteran of World War II, had been a teacher in the Young County Veterans Vocational School and a resident of Olney since August 1949. He recently had resigned as a teacher to become executive secretary of the Olney Housing Authority.

## KOREA

Continued From Page 1.

tack. They loosed 340 tons of incendiaries on Sakchu and Chosan, on the Yalu River northeast of Sinuiju, and on Namsi, communications center between Sinuiju and the northwest front.

Three other communications and supply centers were set aflame Sunday in the B-29 raids.

MacArthur's intelligence officer said there had been no information for two days on whether Chinese Communists still are sending reinforcements in large numbers across the Yalu. He said the Chinese appeared to be throwing more strength into the central part of the peninsula between the Changjin reservoir and the Yalu River.

This would place heavy concentrations between the main United Nations forces and Kanggye, Red Korean command center.

Intentions and capabilities of the Chinese forces still are not apparent, the intelligence officer said.

The Peoples Daily of Peiping, official Chinese Communist newspaper, said American forces could not be halted in Korea "unless we check them with force." Independent press reports from Hong Kong said 200 convicts were freed from Chinese Red jails when they volunteered to fight in North Korea.

## A. J. Clark Funeral To Be Held Tuesday

Services will be held at 2 p. m. Tuesday in Lucas Chapel for Albert James Clark, 60, of 5111 N. E. 28th, owner of the Highway 183 Motel, who died in a hospital Sunday. Burial will be held in Mount Olivet.

Clark moved here four years ago. Surviving are his wife; two sons, Robert and Roy Clark; and a sister, Mrs. Thelma Grilliot of Florida.

## Flower Show Scheduled

North Fort Worth Garden Club will hold its flower show Thursday in River Oaks Boys' Club, 5228 Ohio Garden Rd., with Mrs. B. Perkins, chairman. After a business meeting at the home of Mrs. E. B. Clark, 901 Merritt, the show will be open to the public from 2 until 4 p. m.

## DAVY'S LOCKER WASN'T EMPTY

QUONSET POINT, R. I., Nov. 13 (AP).—The bottom of the bay was as smooth as glass.

Navy divers reported Sunday that they found Davy Jones locker full of empties after two years of pop bottles tossed overboard from incoming carriers.

So far the divers have hauled up more than 5,000 empties, each worth 2 cents. The proceeds were turned over to the naval air station's welfare and recreation fund.

## Three Killed In Auto Crash

NEW BRAUNFELS, Nov. 13 (AP).—Three persons were dead Monday and a fourth was in a critical condition as the result of an auto collision near here Sunday.

Killed instantly in a head-on crash were Gary Lawrence O'Connell, 18, University of Houston student from Needosha, Kan., and Betty McCollough, 23, Dallas, state highway patrolmen reported.

Roy G. Mattison, 23, Dallas, died in the Comal Sanitarium here Sunday night.

Katherine Mattison, 25, Dallas, was reported to be in a critical condition in the sanitarium.

The officers said O'Connell was traveling alone at the time of the accident. Mattison was listed as driver of the other car.

## KIDNAPING

Continued From Page 1.

has brought to us in heartaches and worry," she said.

"It must not be allowed to happen again . . . the mistreatment of an innocent child . . . the leaving of a little girl to the mercy of winter."

Dr. Campbell said she had enticed Linda away from home by promising to take her to her mother—who was at a bridge party. Then she drugged the child at her office, wrapped her in a blanket and left her overnight in an abandoned ranch cabin.

Dr. Campbell took jail calmly, asked for something to read, and quietly leafed through magazines that were given to her. She has had little to say and kept a firm grip on her feelings. She is a short, mannish-looking woman, with straight brown hair, a deeply lined face and verging on plumpness.

Santa Fe was thunderstruck to learn the identity of the kidnaper —a prominent citizen in this town of about 30,000.

Dr. Campbell, daughter of an Army officer, Col. Tilman Campbell, was born in San Francisco and was an honor graduate of the University of Texas. She took her medical degree at Yale in 1931—one of the first women to do so, and after her internship came to New Mexico as a doctor for the Indian Service.

In 1940 she set up private practice in Santa Fe as a women's specialist. She was obstetrician to many prominent Santa Fe families, but her friends said that nearly half her practice was charity work.

DOUBLE FILTERED FOR EXTRA QUALITY AND PURITY, BUY— MOROLINE PETROLEUM JELLY

Amazing New Creme Re-Colors Hair In 22 Minutes

# New York Phone Group Charges AT&T Lockout

NEW YORK, Nov. 13 (AP).—Long distance telephone operators in New York City charged Monday they were "locked out" when they reported for work after striking equipment workers removed picket lines.

The American Telephone & Telegraph Company said that the charge of "lockout is absurb."

It Pittsburgh, mounted police dispersed a crowd of pickets who surrounded a small Bell truck halted in traffic. There were no injuries.

The CIO equipment workers struck against the Bell System in 44 states last Thursday in a dispute over wages and length of contract.

**Part of Tactics.**

Removal of the picket lines in New York was part of the "hit and run" picketing tactics of the CIO Communications Workers of America to snarl Bell System long distance lines. The flash picketing was designed to catch management unawares and throw long distance service into chaos.

A group of 150 long lines operators marched into the A. T. and T. building after picket lines had been removed Monday.

A half hour later they walked out. They said company officials had asked them if they would cross the picket lines. The operators said they replied they would not.

The company then advised them, a worker's spokesman said, to go home as they had other workers for their jobs.

The operators' union charged its members were refused work when they declined to sign contracts which would have pledged them to cross picket lines.

**Company Statement.**

The company, in a typewritten statement, said "we are glad to have our employes back if they sincerely wish to help us do the job.

"Close and precise scheduling of our people is needed in order to meet hour-to-hour service requirements. Before disrupting the team that has done such a splendid job of giving service to the public during the past several days, we merely wish to know that the returning people are prepared to meet this need."

Joseph A. Bierne, CWA head, charged the company's action constituted discrimination and violated the Taft-Hartley act. He said he planned to take the matter to the National Labor Relations Board.

Meantime, federal mediators said neither union nor management had budged over the week-end in the strike. New talks were set for Monday in the pay and contract dispute.

## Phone Union Picket Lines At 14 Towns

Some new faces appeared on Texas' telephone strike map Monday when pickets of Western Electric Company employes showed up at 14 towns, including Fort Worth, to keep Southwestern Bell Telephone Company workers from their jobs.

Monahans, Kermit, Fort Stockton, Colorado City and Borger completed the picketing picture in West Texas, while other union-blocked telephone exchanges were located in Dallas, Beaumonth, Houston, Port Arthur, Austin, New Braunfels and Seguin. Pickets appeared at phone company garages in San Antonio, but ignored the main exchange there.

No Western Electric Company employes are stationed at Colorado City, Monahans, Fort Stockton, New Braunfels or Seguin.

Three garages in Fort Worth also were picketed Monday morning by the striking Communications Workers of America Division 6, but the suburban exchange buildings were not affected.

Approximately 270 supervisory and other personnel were on duty at the Fort Worth main exchange at midmorning Monday.

Union officials declined comment on the next step in their "hit-and-run" tactics designed, they explained, to impair telephone service "as much as possible." Pickets reappeared at the main exchange Sunday after permitting normal operations Friday and Saturday. First picketing was Thursday.

## County Seeks Custody Of 3-Year-Old Child

Permanent custody of 3-year-old Carl Leroy White Jr. will be sought by the county probation office in a dependency hearing set for 9 a. m. Tuesday in 48th District Court.

Dependency proceedings were filed after the child was found abandoned in a trailer parked in a Lake Worth trailer camp about two weeks ago.

Parents of the child are Carl Leroy White Sr., 37, an assembler at Convair, and Mrs. Dorothy Doris White, 34. They now are living at Mary's Creek Trailer Court.

## Burglars Take $250 in Roof-Sawing Encore

Burglars sawed a hole in the roof of Burge Hardware and Appliance Store, 2978 Park Hill Dr., over the week-end and took $250 from the store.

J. B. Williams, manager, said burglars paid the store a similar visit over the Labor Day week-end and last year. The hole was sawed in about the same spot each time.

The burglars, Williams said, apparently used a keyhole saw to cut the 12 by 24-inch hole in the two-inch thick roof. The money was taken from a cash register and a desk in the store.

## Negro Is Recovering From Attack Burns

Willis Stanford, 34-year-old Negro, was recovering Monday from burns suffered early Sunday when, he said, gasoline and an ignited match were tossed on him while he was asleep at home.

Stanford, who lives at 1614 W. [illegible], suffered burns on his left side and arms. He told Assistant Fire Marshal W. H. Dixon that he was awakened by a noise and saw a lighted match sail through an open window and drop at the foot of his bed which he said had been soaked with gasoline.

Extra Dry Extra Pale in the Crystal Clear Bottle
Edelweiss RITZ A PREMIUM Beer



—Associated Press Wirephoto.

FOUND SLAIN — Mrs. Helen Pugliano of Turtle Creek, Pa., whose partly nude body was found in her auto near a busy highway in Pennsylvania early Saturday. Police said the woman had been shot in the head and there was evidence of rape.

## Family, Fire Victims, to Be Aided by Friends

An open house for the Watt Hardin family, whose 5-year-old daughter was burned to death and whose home was destroyed in a fire Nov. 4, will be held Thursday at the home of Mr. and Mrs. William Lindblom, 2807 Travis.

The open house will be held from 11 a. m. to 4 p. m. Friends, relatives and anyone interested in helping the family are invited and asked to bring clothing, food, household goods or cash.

Mrs. Hardin and one son, Joe, 8, suffered third degree burns on their feet in the fire at their home in Aledo and are not allowed to walk. Also off his feet is the father who was injured six weeks ago. The only "whole" member of the family is the 2-year-old son, Bill.

## REAMS

Continued From Page 1.

had 2,009 to 0 in Starr County, 686 to 322 in Brooks County and 2,672 to 598 in Jim Wells County.

Reams is serving out the unexpired term of L. Broeter of Alice, elevated to the Court of Civil Appeals.

Governor Shivers appointed Reams, who originally also had the support of Parr.

## 3 Named to Assess Damages on Dam Tract

M. M. Miller, M. R. Carb and Brown Harwood were named commissioners to assess damages for condemnation of a tract of land for the Grapevine dam in an order filed Monday in U. S. District Court.

Federal Judge Joseph Dooley named the men to appraise and assess damages on more than 230 acres in Tarrant and Denton Counties owned by H. Y. Murff and others. They will file a written report.

## Wrist Broken in Fall

Mrs. Essie Coffey, 42, of 744 W. 3rd, suffered a fractured wrist early Monday when she slipped and fell at a home at 1209 College. She was reported in satisfactory condition at City-County Hospital.

## City Asked to Show Exhibit at Conference

The Civil Service Assembly of United States and Canada has requested the city to present a special exhibit at the assembly's annual southern conference Nov. 27-28 in Atlanta, Ga.

Civil Service Director Hurley, who will be in charge of the exhibit, said the display will include local adopted manuals for employes, copies of the city's annual report, forms, procedure and ratings under the firemen's and police civil service program.

# Girl, 11, Burned on Back, Legs As Skirt Catches Fire at Home

Flames from a gas heater gave Betty Sue Young, 11, second degree burns on her back and legs Saturday afternoon.

Her mother, Mrs. Altonie Young, was burned on the hands when she tried to smother the child's blazing clothes.

Betty's skirt caught fire as she stood with her back to an unguarded heater at the Young residence, 1124 E. Butler.

She ran to the front porch screaming, "Mother, I'm on fire."

Mrs. Young, in the yard, tried to stifle the flames with her hands and water from a near-by faucet. A neighbor, Mrs. Wallace Duffel, attracted by the screams, helped.

Betty, a Morningside Elementary School pupil, was still in City-County Hospital Monday. Her condition was listed as fair.

Mrs. Young was released Sunday after treatment.

MOTHER ARE YOU "OLD FASHIONED" ABOUT THE WAY YOU GIVE ASPIRIN TO YOUR CHILD? The modern way is to give St. Joseph Aspirin For Children. Orange flavored. Tablets are 1/4 adult dose. No need to break them. 50 tablet bottle 35c. Be prepared, buy it today.

WOLF & KLAR . . . 53 Years in Fort Worth



LATE FOR THAT DATE?

If you have a reputation for being late for appointments, perhaps your watch is at fault. Let us check it for you—a minor adjustment may set it right.

EASY TERMS

All work fully guaranteed.

WOLF & KLAR 1505 MAIN STREET

*Called Habitual Runaway*

# Boy, 12, Found Sleeping in Front of Bewley Building

A 12-year-old boy, packing a toy pistol on his hip, made his "100th" excursion from home Saturday and was found early Monday sleeping without a coat or cover in front of the Bewley Building.

County Juvenile Officer McGee said the boy was an habitual runaway. Detectives said the boy had been at police headquarters "at least 100 times" after running away from home.

They added that his family had offered him air rifles, toys and other attractions in attempt to keep him at home. The boy refuses to give any motive for his frequent trips from home.

While on the streets he begs money for "pop corn and movies" McGee said. The boy admitted to detectives that "someone" gave him $6.95 for the toy pistol and holster he was wearing.

The boy has become so accustomed to "roughing it" that he can sleep on sidewalks or in movie seats without difficulty, McGee said.

Psychiatrists, the juvenile officer added, have failed to determine from examinations why the boy prefers the streets to home.

Attempts to keep him in county homes have failed, McGee said. The boy runs away. Once he was found in Weatherford on his way to Pecos, where he said he was going to visit relatives.

Officers allowed him to go to Pecos. After living there several months, he ran away.

With resignation, juvenile officers took the boy back home Monday and added: "He's probably run away again by now. He just likes to drift."

## Fifth No-Polio Day

For the fifth consecutive day no new polio patients were admitted Monday to City-County Hospital. Thirty-nine patients remained under treatment there.

When Acid Indigestion; Poor Appetite Leave You TIRED WEAK AND RUNDOWN

S.S.S. Tonic Helps Stomach Digest Food—Restores Appetite

If you worry about a bothersome stomach, or suffer from nervous indigestion—if you feel your food does you no good—here is what thousands have done for generations: they take S.S.S. to help the stomach supply vital digestive juices. Food digests better and you may expect to eat better, feel better. The very first dose of S.S.S. introduces you to the grand warming comfort that millions enjoy.

ONLY S.S.S. Gives You This Special Stimulating, Strengthening Action

S.S.S. formula, distilled from natural medicines of field and forest while they are fresh, has never been excelled. S.S.S. goes straight to work where stomach weakness often begins, gives blessed relief from non-organic stomach ailments. Ask at any drug store for

S.S.S. FAVORITE FAMILY Blood Tonic for 71 Years

DR. T. J. PETTY OPTOMETRIST 117 Houston Street Telephone FO-7359

Motor Rewinding New—Used Motors Exchanged FA-3068 MICHAEL ELECTRIC CO. Wiring and Supplies Fans Call Us Day or Night 35 Years Serving the Public 1609 E. Lancaster



"Don't you dare tell HER it's more convenient to have a checking account at the TRINITY STATE BANK!"

Sooner or later she'll find it out, anyway. A lot of folks are learning that they can save time and trouble with a handy checking account at the TRINITY STATE BANK.

Your Friendly Downtown Bank

TRINITY STATE BANK

MEMBER FEDERAL DEPOSIT INSURANCE CORPORATION

THROCKMORTON AT SIXTH

HERBERT MARSHALL dramatic screen star says:

"For an Enchanted Evening . . . enjoy Schenley"



JOIN THE SOCIABLE SCHENLEY CIRCLE

Join the famous stars who enjoy the best of everything...men like Cesar Romero, Claude Rains, Louis Hayward, who choose Schenley because they know it's finer. Make smooth, sociable Schenley your choice, too.

A Mark of Merit Whiskey —From Schenley, the House of Rare Whiskies.

You, too, will enjoy smooth, sociable SCHENLEY

BLENDED WHISKEY 86 PROOF. 65% GRAIN NEUTRAL SPIRITS. SCHENLEY DIST., INC., N.Y.C.