# EXHIBIT 15

Newspapers by ancestry
The Times-News (Twin Falls, Idaho) · Sun, Feb 12, 1950 · Page 1
Downloaded on Nov 11, 2024
https://www.newspapers.com/image/566176573/

VOTE TUESDAY

NEW SNOW

Times-News
TWIN FALLS
A Regional Newspaper Serving Nine Irrigated Idaho Counties
VOL. 32, NO. 301 — Official City and County Newspaper — TWIN FALLS, IDAHO, SUNDAY, FEBRUARY 12, 1950 — Member of Audit Bureau of Circulations, Associated Press and United Press — PRICE 5 CENTS

# MINERS ORDERED BACK TO PITS

## Butterfield Death Penalty Demanded by Prosecution As 4-Day Hearing Ended

BURLEY, Feb. 11—Execution of Neale Butterfield was demanded today for the confessed sex-murder of 7-year-old Glenda Joyce Brisbois. Attorneys for the 16-year-old youth countered by declaring the boy's actions were the result of "a diseased mind."

The demand for a death penalty came as a dramatic close to the four-day hearing to guide District Judge Hugh A. Baker in fixing the degree of murder and determining the sentence. Judge Baker set 10:30 a.m. Tuesday as the time for announcing his decision.

Butterfield said "I do" in a low voice when asked if he would forego statutory time between the court's judgment of degree of guilt and the sentencing. These were the only words the youth spoke during the court session.

In a surprise move Jan. 30, Butterfield pleaded guilty to murdering the first-grader near Burley last fall. Since then he admitted a sexual attack upon the girl.

**"Scheming Killer"**

Special Prosecutor Herman Welker, Payette, called Butterfield a "scheming killer" ...

### Prosecution, Star Witness Confer



Attorneys for the state in the murder hearing for Neale Butterfield, 16-year-old Heyburn youth, are shown above conferring with Dr. J. Paul deRiver, center, Los Angeles, following the completion of the four-day hearing Saturday afternoon. At left is Adonis Nielson, Cassia county prosecuting attorney, and at right is Herman Welker, Payette, special prosecutor retained by the family of Glenda Joyce Brisbois. Dr. deRiver, head of the Los Angeles sex offenses bureau and staff psychiatrist for the Los Angeles police department, testified Butterfield is sane and believed him to be a sadist with abnormal sexual tendencies. (Staff engraving)

## 5 Charged In City for 'Rustling'

Three men arrested Saturday and two others already in the county jail have been charged with grand larceny for the theft of two calves from the Cliff Melton ranch southwest of Twin Falls.

## Union Men Defiant As T-H Injunction Is Issued by Court

WASHINGTON, Feb. 11 (AP)—John L. Lewis ordered his striking soft coal miners today to get back on the job under a Taft-Hartley injunction, but there were immediate signs of revolt from the union rank and file.

Some union miners said flatly they wouldn't go back without a contract.

Lewis acted quickly in compliance with a federal court order under the law he has denounced as a slave labor law.

The order was issued soon after President Truman decided the "national health and safety" was endangered by the nationwide strike.

Lewis then telegraphed district presidents of his United Mine Workers to send the 370,000 striking soft coal diggers back to work "forthwith."

## Idaho Gains Seen in Loss of Atom Secret

By JOE MARTIN
Washington Staff Correspondent

WASHINGTON, Feb. 11 (Special)—Knowledge that the Russians have the A-bomb and are on the way to building the thousand times more lethal hydrogen bomb may be causing a shift in atomic energy activities in Idaho and Washington.

## J. H. Winkler Is Claimed by Heart Seizure

## Burley Tract Pioneer Dies At Age of 90

## First Reorganization Bills Pass Idaho Senate; Others Introduced

BOISE, Feb. 11 (AP)—First of the government reorganization bills—admittedly not highly controversial—passed the senate today and four others were introduced.

The senate suspended its rules to pass two of the measures recommended by the legislative interim committee on governmental reorganization.

One would establish a general tax refund to replace the special fund for income tax and some other tax refunds. It was explained this measure did not concern gasoline tax refunds.

Another of the approved bills would abolish the Lava Hot Springs foundation and place receipts from the springs in the general fund.

One of the major items in the call

(Continued on Page 2, Column 6)

## Scouts Present Special Event To End 'Week'

Approximately 75 Boy Scouts and troop leaders from Twin Falls and vicinity staged a sidewalk demonstration ...

## Walter Day to Seek Post in State's Ballot

Walter Day, Twin Falls real estate dealer and farm owner, announced Saturday he will be a candidate for ...

## Hearing Ordered In Case of Child Held as Security

## New Receipts Will Complete T. F. Hospital

## Limits Posted on Highways in Area

## Trouble Minor as High Winds Strike

## Third Victim Is Taken by Jerome Fire

## Hospital Superintendent Answers Questions About Bond Issue Set for Tuesday Election

Copyright © 2024 Newspapers.com. All Rights Reserved.