# EXHIBIT 17

Columbia Law School
Scholarship Archive

Faculty Scholarship | Faculty Publications

5-2024

# Distinguishing Family Poverty from Child Neglect

Joshua Gupta-Kagan
*Columbia Law School*, jgupta-kagan@law.columbia.edu

Follow this and additional works at: https://scholarship.law.columbia.edu/faculty_scholarship

Part of the Family Law Commons

Recommended Citation
Joshua Gupta-Kagan, *Distinguishing Family Poverty from Child Neglect*, 109 IOWA L. REV. 1541 (2024).
Available at: https://scholarship.law.columbia.edu/faculty_scholarship/4509

This Article is brought to you for free and open access by the Faculty Publications at Scholarship Archive. It has been accepted for inclusion in Faculty Scholarship by an authorized administrator of Scholarship Archive. For more information, please contact scholarshiparchive@law.columbia.edu.

welfare system."[58] As a result, it is easy to identify factors other than poverty in its narrowest meaning. But it is much more difficult to fully disentangle poverty from other factors, let alone prescribe whether interventions which address poverty versus other factors.

## II. THE LINK BETWEEN POVERTY, CHILD NEGLECT, AND CPS AGENCY INVOLVEMENT, AND LEGAL TOOLS TO IDENTIFY NEGLECT

Poverty and child neglect are overlapping categories. This Part explores that overlap, first demonstrating that cases that equate poverty with neglect do occur. Next, this Part explores cases with a more complex interplay between poverty and neglect, when poverty co-exists with a condition like parental substance use, mental illness, intimate partner violence and a harm or serious risk of harm to the child results. In these cases, poverty and neglect are deeply intertwined: Poverty imposes significant stressors on parents, which can worsen co-existing challenges to the point that they cause neglect, or poverty can prevent a parent from mitigating those challenges as a wealthier parent would.

This Part describes the inability of existing legal tools to distinguish poverty from neglect. In simpler cases, existing laws in many states either explicitly allow them to occur or at least grant discretion to CPS agencies and family courts, which sometimes exercise power based on family poverty. In more complex cases, fully disentangling poverty from neglect may not be possible. But the law barely tries. Some states exempt risks caused by poverty from the definition of neglect, but case law under those doctrines reveals that it offers at best weak protections for poor families. Moreover, certain legal doctrines assume away the question about poverty's role—they frame such cases as solely about bad parental behavior, excluding poverty as a contributing factor and thus excluding provision of anti-poverty supports from the actions expected of the state to help families.

### *A. CASES PRIMARILY ABOUT POVERTY*

Some actions by the child protection system use the broad and vague concept of neglect to address situations that appear to involve family poverty with little or no parental wrongdoing or where child protective authorities' concerns rest largely in parental poverty. This is particularly true in cases involving concerns about families' housing. Homeless shelters have turned away families and told them that they will report them to CPS agencies if they fail to find alternative shelter placements.[59] State CPS agencies report

58. *Id.*

59. Annie Gowen, *Homeless Families Who Turn to D.C. for Help Find No Room, Risk Child Welfare Inquiry*, WASH. POST (June 23, 2012, 8:16 PM), https://www.washingtonpost.com/local/homeless-families-who-turn-to-dc-for-help-find-no-room-risk-child-welfare-inquiry/2012/06/23/gJQAv9bJyV_story.html (on file with the *Iowa Law Review*).

Case 1:24-cv-00943-LAF-JGM Document 14-17 Filed 12/02/24 Page 3 of 3