| | | |
|---|---|---|
| CIVIL RIGHTS CORPS, <br> Plaintiff, <br> vs. <br><br> JUDGE DORETTA L. WALKER, in her official capacity, and CLARENCE F. BIRKHEAD, in his official capacity, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:24-cv-943 |

### DEFENDANT BIRKHEAD'S MOTIONS TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**NOW COMES** Defendant Birkhead, in his official capacity, by and through undersigned counsel, and hereby moves the Court pursuant to Local Rule 7.3 and Fed. R. Civ. P. 12(b)(1) and (6) to dismiss the Plaintiff's complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. The complaint fails to allege any viable causes of action against Defendant Birkhead as set forth in the accompanying Brief filed herewith.

Defendant Birkhead respectfully requests the Court to dismiss the action, and for such other and further relief as this Court deems just and proper.

Respectfully submitted, this the 13th day of January 2025.

                                **ATTORNEY FOR SHERIFF BIRKHEAD**

                                */s/ Curtis Massey*
                                Curtis Massey
                                Deputy County Attorney
                                North Carolina State Bar No. #23627
                                Office of the County Attorney
                                200 East Main Street, 4th Floor
                                Durham, North Carolina 27701
                                T: (919) 560-0655    F: (919) 560-0719
                                Email: curtmassey@dconc.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-943

| | |
|---|---|
| CIVIL RIGHTS CORPS, )<br>Plaintiff, )<br>vs. )<br>)<br>JUDGE DORETTA L. WALKER, in her )<br>official capacity, and CLARENCE F. )<br>BIRKHEAD, in his official capacity, )<br>)<br>Defendants. ) | Civil Action No. 1:24-cv-943 |

# [PROPOSED] ORDER GRANTING DEFENDANT BIRKHEAD'S MOTIONS TO DISMISS

**THIS CAUSE** being heard before the undersigned on the motions of Defendant, CLARENCE F. BIRKHEAD, in his official capacity as Sheriff of Durham County, by and through counsel, pursuant to Local Rule 7.3 and Fed. R. Civ. P. 12(b)(1) and (6) to dismiss the Plaintiff's complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.; it appearing to the Court that good cause exists and that the Motion to Dismiss should be granted.

**IT IS THEREFORE ORDERED** that the claims against Defendant Birkhead are dismissed with prejudice.

This the _____ Day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA.

3

Case 1:24-cv-00943-UA-JLW    Document 43    Filed 01/13/25    Page 3 of 5

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-943

| | | |
|---|---|---|
| CIVIL RIGHTS CORPS, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JUDGE DORETTA L. WALKER, in her official capacity, and CLARENCE F. BIRKHEAD, in his official capacity, | ) ) ) | No. 1:24-cv-943 |
| | ) | |
|     Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served Defendant Birkhead's MOTION TO DISMISS, BRIEF IN SUPPORT, and PROPOSED ORDER by electronic mail and by sending it to the following registered users by filing it with the court's electronic-filing system, pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure:

*Attorneys for Plaintiff*:

Christopher J. Heaney (SBN 46095)
Law Office of Christopher J. Heaney
P.O. Box 25397
Raleigh, North Carolina 27611

Rohit K. Singla (*of counsel, pro hac vice*)
rohit.singla@mto.com
Shannon Aminirad (*of counsel, pro hac vice*)
shannon.aminirad@mto.com
Aditi N. Ghatlia (*of counsel, pro hac vice*)
aditi.ghatlia@mto.com

MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
(415) 512-4000

Ariella H. Park (*of counsel, pro hac vice*)
Ariella.Park@mto.com
Sarah M. Pfander (*of counsel, pro hac vice*)
Sarah.Pfander@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702


*Attorney for Defendant Walker*:

Elizabeth Curran O'Brien (SBN 28885)
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602


This the 13th day of January, 2025.

                                      **ATTORNEY FOR SHERIFF BIRKHEAD**

                                      */s/ Curtis Massey*
                                      Curtis Massey
                                      Deputy County Attorney
                                      North Carolina State Bar No. #23627
                                      Office of the County Attorney
                                      200 East Main Street, 4th Floor
                                      Durham, North Carolina 27701
                                      T: (919) 560-0655    F: (919) 560-0719
                                      Email: curtmassey@dconc.gov