# EXHIBIT A
# "WANTED POSTER"

