IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-943

CIVIL RIGHTS CORPS,

    Plaintiff,

v.

JUDGE DORETTA L. WALKER, in her official capacity, and CLARENCE F. BIRKHEAD, in his official capacity,

    Defendants.

Case No.: 1:24-cv-943

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE PROPOSED RESPONSE

On February 18, 2025, Defendant Judge Doretta Walker filed a brief relating to the motion to intervene filed by the North Carolina Administrative Office of the Courts ("the AOC"). Dkt. No. 70. She filed her brief at the same that the AOC filed its reply papers in support of its motion. *See* Dkt. No. 69. Plaintiff Civil Rights Corps never had the chance to respond to this brief or Walker's arguments, which were filed after Plaintiff had already filed its opposition to the AOC's motion to intervene. *See* Dkt. No. 57. Plaintiff respectfully seeks leave to file the short, three-page response, attached to its motion, to address the arguments raised for the first time in Walker's brief.

"[S]urreplies are allowed 'when fairness dictates based on new arguments raised in the previous reply.'" *Glaston Corp. v. Salem Fabrication Techs. Grp., Inc.*, 744 F. Supp. 3d 430, 436–37 (M.D.N.C. 2024) (quoting *DiPaulo v. Potter*, 733 F. Supp. 2d 666, 670 (M.D.N.C. 2010)).

1

Plaintiff respectfully requests that the Court grant Plaintiff leave to file the proposed response.

Dated: March 3, 2025

Respectfully submitted,

*/s/ Christopher J. Heaney*
Christopher J. Heaney (SBN 46095)
Law Office of Christopher J. Heaney
P.O. Box 25397
Raleigh, North Carolina 27611

*/s/ Rohit K. Singla*
Rohit K. Singla (*specially appearing*)
rohit.singla@mto.com
Shannon Aminirad (*specially appearing*)
shannon.aminirad@mto.com
Aditi N. Ghatlia (*specially appearing*)
aditi.ghatlia@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
(415) 512-4000

Ariella H. Park (*specially appearing*)
Ariella.Park@mto.com
Sarah M. Pfander (*specially appearing*)
Sarah.Pfander@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Plaintiff Civil Rights Corps*

# CERTIFICATE OF WORD COUNT

Pursuant to Civil Local Rule 7.3(d), I hereby certify that the text of this brief contains 175 words, including headings and footnotes. In making this certification, I have relied on the word count of Microsoft Word, used to prepare the brief.

Dated: March 3, 2025

Respectfully submitted,

*/s/ Rohit K. Singla*
Rohit K. Singla (*specially appearing*)
rohit.singla@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
(415) 512-4000

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-943

| | |
|---|---|
| CIVIL RIGHTS CORPS,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE DORETTA L. WALKER, in her official capacity; and CLARENCE F. BIRKHEAD, in his official capacity,<br><br>Defendants. | Case No.: 1:24-cv-943 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following: **Judge Doretta L. Walker**, **Clarence F. Birkhead**, and proposed intervenor **North Carolina Administrative Office of the Courts**.

Dated: March 3, 2025

Respectfully submitted,

*/s/ Rohit K. Singla*
Rohit K. Singla (*specially appearing*)
rohit.singla@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
(415) 512-4000

4