IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CIVIL RIGHTS CORPS,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE DORETTA L. WALKER, in her official capacity, and SHERIFF CLARENCE F. BIRKHEAD, in his official capacity,<br><br>Defendants,<br><br>v.<br><br>NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS, on behalf of OFFICE OF GUARDIAN AD LITEM SERVICES,<br><br>Intervenor-Defendant. | Civil Action No. 1:24-cv-943 |

**JOINT LR 5.5 REPORT FOR THE FILING OF SEALED DOCUMENTS**

Pursuant to Local Civil Rules 5.4(b) and 5.5, the parties jointly submit this Report, which is filed no later than the parties' Rule 26(f) Report(s).

**[X]** **Conference:** The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of

agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

**[__]** **Non-Parties:** Because a non-party has produced documents pursuant to a protective order or is otherwise claiming confidentiality over documents filed or expected to be filed in this case, the conference included ____________________________ (identify non-party).

**[X]** **Default:** The parties certify that few, if any, documents will be filed under seal. The parties agree to use the default procedures of LR 5.4(c). In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

**[__]** **Alternative Proposal for Cases with Many Confidential Documents:** In order to address claims of confidentiality and reduce the need to file briefs and exhibits under seal, the parties propose the alternative procedure set out in the attached proposal, either jointly or as competing alternatives, for consideration by the Court.

**[X]** **Other relevant information:** The parties anticipate filing a Consent Protective Order for the Court's consideration in the near term.

DATED: November 23, 2026

Respectfully submitted,

*/s/ Christopher J. Heaney*


Christopher J. Heaney
(SBN 46095)
Law Office of
Christopher J. Heaney
P.O. Box 37028
Raleigh, NC 27627


*/s/ Rohit K. Singla*


Rohit K. Singla (*specially appearing*)
rohit.singla@mto.com
Shannon Aminirad (*specially appearing*)
shannon.aminirad@mto.com
Aditi N. Ghatlia (*specially appearing*)
aditi.ghatlia@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
(415) 512-4000

Ariella H. Park (*specially appearing*)
Ariella.Park@mto.com
Sean St. Charles (*specially appearing*)
sean.stcharles@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Plaintiff*

DATED: November 23, 2026

*/s/ Kip D. Nelson*

Kip D. Nelson
N.C. Bar No. 43848
knelson@foxrothschild.com
Sean T. Placey
N.C. Bar No. 56683
splacey@foxrothschild.com
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5200

Nathan W. Wilson
N.C. Bar No. 58248
nwilson@foxrothschild.com
434 Fayetteville Street, Suite 2800
Post Office Box 27525 (27611)
Raleigh, NC 27601
Telephone (919 755-8700

*Attorneys for Intervenor-Defendant*

DATED: November 19, 2026

JEFF JACKSON
Attorney General

*/s/ Joseph Finarelli*

Joseph Finarelli
Special Deputy Attorney General
N.C. Bar No. 26712
N.C. Department of Justice
P.O. Box 629
Raliegh, NC 27602-0629
Telephone: (919) 716-6531
Facsimile: (919) 716-6755
E-mail: jfinarelli@ncdoj.gov

*Attorney for Defendant Walker*

DATED: November 23, 2026

*/s/ Curtis Massey*

Curtis Massey
N.C. State Bar No. 23627
Deputy County Attorney
Office of the County Attorney
200 East Main Street, 4th Floor
Durham, NC 27701
Telephone: 919-560-0655
Email: curtmassey@dconc.gov

*/s/ Hyrum K. Hemingway*

Hyrum K. Hemingway
Bar No. 57691
Assistant County Attorney
200 East Main Street
Durham, NC 27701
Telephone: 919-560-9921
E-mail: hhemingway@dconc.gov

*Attorneys for Defendant Birkhead*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Date: November 23, 2026

*/s/ Rohit K. Singla*

Rohit K. Singla (*specially appearing*)
rohit.singla@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
(415) 512-4000